| | |
|---|---|
| 1 | KAIWEN TSENG (SBN 193756) |
| | ktseng@tklg-llp.com |
| 2 | CRAIG R. KAUFMAN (SBN 159458) |
| | ckaufman@tklg-llp.com |
| 3 | VYSON HSU (SBN 322336) |
| | vhsu@tklg-llp.com |
| 4 | TechKnowledge Law Group LLP |
| | 100 Marine Parkway, Suite 200 |
| 5 | Redwood Shores, California 94065 |
| | Telephone: (650) 517-5200 |
| 6 | Facsimile: (650) 226-3133 |
| 7 | Attorneys for Plaintiff |
| | CLOUD MICROPHONES, LLC |

E-FILED
MAR 18 2020
Document #_____

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CLOUD MICROPHONES, LLC, | Case No. 8:19-CV-737-PSG-KES |
| Plaintiff, | |
| v. | **STIPULATED CONSENT JUDGMENT** |
| CATHEDRAL PIPES MICROPHONES, | |
| Defendant. | Hon. Philip S. Guiterrez |

WHEREAS, the parties hereto have agreed through a Settlement Agreement dated March 16, 2020 to the entering of a Stipulated Consent Judgment,

IT IS HEREBY STIPULATED by and between Plaintiff Cloud Microphones, LLC ("Cloud"), through counsel; and Defendant Louis Charles Dickinson, doing business as Cathedral Pipes Microphones, that the following Final Judgment and Injunction is entered against Defendant:

IT IS ORDERED, ADJUDGED, AND DECREED THAT:

1. Plaintiff is an Arizona limited liability company having its principal place of business at 45 W. Ventura Street, Tucson AZ 85705.

2. Defendant Louis Charles Dickinson is an individual doing business as Cathedral Pipes Microphones ("Defendant"), having a principal place of business at 20300 Sea Circle, Huntington Beach, CA 92646.

3. As between the parties herein, United States Patent No. 9,167,327 ("the '327 patent") is valid and enforceable.

4. As between the parties herein, United State Patent No. 9,888,315 ("the '315 patent") is valid and enforceable.

5. Defendant admits to infringement of the '327 patent and the '315 patent.

6. Defendant is hereby permanently enjoined from production, manufacturing, sale, distribution, or participation in the production, manufacturing, sale or distribution of any products that are within the scope of the '327 patent and the '215 patent, including but not limited to the Durham (which may also be referred to or known as the Durham MK and/or Durham MKII).

7. Plaintiff and Defendant waive their respective right of appeal in connection with this Stipulated Consent Judgment.

The parties stipulate to entry of this judgment

Dated: March 16, 2020

Respectfully submitted,

By: /s/ Kaiwen Tseng
Kaiwen Tseng (SBN 193756)
ktseng@tklg-llp.com
Craig R. Kaufman (SBN 159458)
ckaufman@tklg-llp.com
TECHKNOWLEDGE LAW GROUP LLP
100 Marine Parkway, Suite 200
Redwood Shores, California 94065
Telephone:    (650) 517-5200
Facsimile:    (650) 226-3133

Attorneys for Plaintiff CLOUD MICROPHONES, LLC

Dated: March 16, 2020

By: */s/ Louis Charles Dickinson*
LOUIS CHARLES DICKINSON,
d/b/a CATHEDRAL PIPES MICROPHONES

**IT IS SO ORDERED.**

DATED: March 16, 2020

By: _____
Hon. PHILIP S. GUTIERREZ
United States District Judge